ERLEBACHER, INC., a Corporation of the State of Delaware, JULES C. WINKELMAN, Individually and as Voting Trustee, FRANK N. WINKELMAN, ELEANOR WINKELMAN and SYLVIA WINKELMAN,

Defendants Below, Appellants,

*vs.*

RUDOLPH M. HIRSCHWALD, DAVID D. GOFF and ALEXANDER H. RUBIN, a Partnership of Lawyers Trading Under the Firm Name of Hirschwald, Goff and Rubin, DAVID D. GOFF and MARY T. LAVIN,

Complainants Below, Appellees.

*Supreme Court, On Appeal, Feb. 28, 1944.*

*Hugh M. Morris* and *Alexander L. Nichols,* for appellants.

*Caleb R. Layton, 3rd,* of the firm of Hastings, Stockly & Layton, for appellees.

Before LAYTON, C. J., and RICHARDS, RODNEY, SPEAKMAN, and TERRY, JJ., sitting.

PER CURIAM.

The conclusions of the Vice-Chancellor are adopted as the opinion of this court. For the reasons stated therein the decree appealed from will be affirmed.